ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     STIPULATION

   - v. -           :     11 Cr. 205 (UA)

HUGO ARMANDO CARVAJAL-BARRIOS,     :

   Defendant.           :

              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Michael D. Lockard and Adam Fee;

It is found that the indictment and arrest warrant in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have the indictment and arrest warrant unsealed, it is therefore

ORDERED that the indictment and arrest warrant in the above-captioned action be unsealed for all purposes.

Dated: New York, New York
      July __, 2014
      JUN 2 4 2014

_____
UNITED STATES MAGISTRATE JUDGE

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 4 2014