UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  |  | **ECF CASE** |
| UNITED STATES OF AMERICA | ) | |
|  | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| - v. - | ) | **FOR ELECTRONIC NOTIFICATION** |
|  | ) | **11 CR 205 (AKH)** |
| CARVAJAL BARRIOS, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |

TO:     Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: s/ Jason A. Richman
     Jason A. Richman
     Assistant United States Attorney
     (212) 637-2589