

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

    Re:    *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

    We write to respectfully request that the Court extend the exclusion of time under the Speedy Trial Act until the initial conference scheduled for June 26, 2020, at 11:00 a.m. On March 30, 2020, the defendant was presented and arraigned by the Honorable Paul E. Davison, United States Magistrate Judge. (Dkt. 22). During that proceeding, Judge Davison excluded time under the Speedy Trial Act until April 13, 2020, and directed the parties to contact Your Honor for a longer exclusion. The Government respectfully requests that, in light of the COVID-19 pandemic, the Court extend the exclusion of time through June 26, 2020, in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defense counsel attempted to confer with the defendant today about the Government's request but was unable to reach him. The Government will update the Court as soon as possible with the defendant's position on this request.
    .

    Respectfully submitted,
    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/   
    Amanda Houle
    Matthew Laroche
    Jason A. Richman
    Kyle Wirshba
    Assistant United States Attorneys
    (212) 637-2194/2420/2589/2493

cc:    Defense counsel (by ECF)