

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

By ECF
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United State Courthouse
500 Pearl Street, Courtroom 14D
New York, New York 10007

So ordered. The Clerk of Court is directed to terminate the appearance of Mr. Matthew Laroche as the Assistant United States Attorney on this case.

/s/ Hon. Alvin K. Hellerstein
May 7, 2021

Re: *United States v. Cliver Antonio Alcala Cordones*, S2 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of May 11, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Matthew Laroche
Assistant United States Attorney
(212) 637-2420

cc: Defense Counsel (by ECF)