

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2023

**By ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  *United States v. Carvajal*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

  In connection with the above-captioned case, and with the consent of defense counsel, the Government respectfully requests that the Court authorize the proposed protective order governing production of discovery, which has been signed by the parties and is attached hereto as Exhibit A.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

       By:  */s/ Kaylan E. Lasky*
           Kaylan E. Lasky / Kyle A. Wirshba
           Assistant United States Attorneys
           Southern District of New York
           (212) 637-2315 / 2493

cc: Counsel of record (by ECF)