UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
:          **ORDER REGULATING**
-against-                    :          **PROCEEDINGS**
:
HUGO ARMANDO CARVAJAL BARRIOS,           :          11 Cr. 205 (AKH)
:
Defendant.         :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The government shall file its position regarding Defendant Armando Carvajal Barrios's Rule 15 motion, at ECF No. 129, by 4 p.m. on October 31, 2023. No reply brief is permitted.

SO ORDERED.

Dated:   October 30, 2023
         New York, New York                    _____
                                               ALVIN K. HELLERSTEIN
                                               United States District Judge

1