UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
UNITED STATES OF AMERICA                   :
:      **SCHEDULING ORDER**
:
-against-                                  :      11 Cr. 205 (AKH)
:
:
:
HUGO ARMANDO CARVAJAL-BARRIOS, et          :
al.,                                       :
:
Defendants.            :

---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for January 17, 2024 is adjourned until January 16, 2024 at 11:30 a.m.

        SO ORDERED.

Dated:    January 11, 2024            __/s/ Alvin K. Hellerstein___
           New York, New York        ALVIN K. HELLERSTEIN
                                                      United States District Judge