UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :     **SCHEDULING ORDER**
                                                                 :
     -against-                                                   :     11 Cr. 205 (AKH)
                                                                 :
                                                                 :
                                                                 :
HUGO ARMANDO CARVAJAL-BARRIOS, et al.,                           :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for January 16, 2024 is adjourned until January 18, 2024 at 12:00 p.m.

       SO ORDERED.

Dated:   January 11, 2024                    __/s/ Alvin K. Hellerstein___
         New York, New York                  ALVIN K. HELLERSTEIN
                                             United States District Judge

1