UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                            :

UNITED STATES OF AMERICA,          :

                                            :     **<u>SCHEDULING ORDER</u>**

      -against-               :

                                            :     11 Cr. 205 (AKH)

HUGO ARMANDO CARVAJAL BARRIOS, et  :
al.,                                         :

                                Defendants.    :

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pretrial conference scheduled for July 17, 2024 is adjourned until July 24, 2024 at 2:30 p.m. in Courtroom 14D.  Time is excluded until July 24, 2024 at 2:30 p.m. in the interest of justice and in light of ongoing discovery needs.  *See* 18 U.S.C. § 3161(h)(7)(A).

Dated:      July 12, 2024                     <u>   /s/ Alvin K. Hellerstein   </u>
              New York, New York             ALVIN K. HELLERSTEIN
                                        United States District Judge