UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -against- | : |
| | : |
| HUGO ARMANDO CARVAJAL-BARRIOS, et al., | : |
| Defendants. | : |

**ORDER REGULATING PROCEEDINGS**

11 Cr. 205 (AKH)

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

An *ex parte* and *in camera* hearing was held on July 17, 2024 to hear Defendant

Carvajal Barrios's request for further discovery into certain documents because of alleged

insufficiencies of summaries.  Further proceedings will be described in subsequent orders.

SO ORDERED.

Dated:      July 18, 2024
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

1