**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
1300 Pennsylvania Avenue, N.W.
WASHINGTON, D.C. 20004
202-450-6133 (office)
202-255-6637 (cell)
RF@RFeitelLaw.com

September 10, 2024

Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
Manhattan, New York 10007

Re:     *U.S. v. Hugo Armando Carvajal Barrios*
        11 Cr. 205 (AKH)

Dear Judge Hellerstein:

I am writing to request that this Court endorse the attached "Consent Order Granting Substitution Of Counsel" in this case. The form is signed by Zachary Margulis-Ohnuma and Tess Cohen, current counsel for the defendant. I signed the substitution form and it was also signed in my presence by defendant Hugo Carvajal after a complete discussion as to the consequences of replacing current counsel. I have already entered a Notice Of Appearance and believe that with the Court's endorsement, current counsel will be excused from further responsibility for this case.

With respect to the status of the case, I have already received and commenced a review of the non-classified discovery from current counsel. I am also working on obtaining appropriate security clearance to review the remaining materials. I have communicated with the Government about the case and will continue to do so as appropriate. I believe that attorney Sandi S. Rhee will also be entering her appearance on behalf of the defendant very shortly. Finally, I will be attending the next status conference which is currently scheduled for October 22, 2024.

Respectfully submitted

*Robert Feitel*
_____
Robert Feitel

cc: All Counsel of Record