UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

HUGO ARMANDO CARVAJAL-BARRIOS

    Defendant

-----------------------------------------------------------------x

ORDER ON MOTION
TO APPEAR
PRO HAC VICE

11 CR. 205 (AKH)

## ORDER

The motion of Sandi S. Rhee, Esquire, for admission to practice Pro Hac Vice in the above captioned case is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia and the Commonwealth of Virginia her contact information is as follows:

    Sandi S. Rhee
    Law Office of Sandi S. Rhee
    10001 Georgetown Pike, #63
    Great Falls, Virginia 22066
    202-285-8366 (Cellular)
    SandiRheeLaw@Gmail.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for defendant Hugo Armando Carvajal-Barrios in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/16/24

_____
United States District/
Magistrate Judge