UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                      :
:                  **ORDER REGULATING**
Plaintiff,             :                  **PROCEEDINGS**
:
-against-                         :                  11 Cr. 205 (AKH)
:
HUGO ARMANDO CARVAJAL-BARRIOS,                 :
:
Defendant.             :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A pre-trial status conference having been held on November 12, 2024, the following motions briefing schedule will be adhered to: all motions shall be made by January 17, 2025; all oppositions papers shall be filed by February 14, 2025; and all replies shall be filed by February 21, 2025.  The defense shall file a specific and particularized notice of any classified information they intend to use at any stage of the proceedings, under CIPA Section 5, by February 3, 2025.  The Government's response to any Section 5 notice, pursuant to CIPA Section 6(a), shall be filed by March 5, 2025.  If necessary, a Section 6(a) hearing will be held in early April 2025.  Should the Court authorize the defense to disclose any classified material at trial or in any motions, the Government shall have 30 days after the Court's written findings to propose substitutions under CIPA Section 6(c).  The next pre-trial status conference in this case will be held on March 5, 2025 at 10:00 a.m.

    SO ORDERED.

Dated:    October 11, 2024
              New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge

1