**LAW OFFICE OF ROBERT FEITEL, P.L.L.C.**
1300 Pennsylvania Avenue, N.W.
WASHINGTON, D.C. 20004
202-450-6133 (office)
202-255-6637 (cell)

February 3, 2025

Honorable Alvin K. Hellerstein
United States District Court for the
Southern District of New York
500 Pearl Street
Manhattan, New York 10007

                Re:    *U.S. v. Hugo Armando Carvajal Barrios*
                        11 Cr. 205 (AKH)

Dear Judge Hellerstein:

      I am writing to respectfully ask this Court to continue the currently scheduled deadline for filing the defense's Section 5 CIPA notice for one week, from February 3, 2025 until February 10, 2025.

      Undersigned consulted with the prosecutors assigned to this case and the Government does not object to the one-week continuance request, with an extension until March 12, 2025, for the prosecution to submit any reply. This continuance would not affect the currently scheduled trial date of June 23, 2025.

      Thank you for your consideration in this matter.

                                                    Respectfully submitted

                                                    *Robert Feitel*
                                                    _____
                                                    Robert Feitel

Copies via ECF:
All government counsel of record