UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :
      - v. –                                                :
                                                              :    S1 11 Cr. 205 (AKH)
HUGO ARMANDO CARVAJAL BARRIOS,                                :
    a/k/a "El Pollo,"                                         :    <u>VERDICT</u>
                                                              :
                       Defendant.                     :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Please indicate each of your verdicts with a check mark (✓).

We, the jury, unanimously find as follows:

**Count One—Narcoterrorism Conspiracy**

        GUILTY _____             NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count One, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved mixtures or substances containing a detectable amount of cocaine?

        YES _____             NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count One involved five or more kilograms of mixtures or substances containing cocaine?

        YES _____             NO _____

**Count Two—Narcotics Importation Conspiracy**

   GUILTY _____    NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Two, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved mixtures or substances containing a detectable amount of cocaine?

   YES _____    NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Two involved five or more kilograms of mixtures or substances containing cocaine?

   YES _____    NO _____

**Count Three—Possession of Machineguns and Destructive Devices**

   GUILTY _____    NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Three, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a machinegun?

   YES _____    NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Three involved a destructive device?

   YES _____    NO _____

**Count Four—Conspiracy to Possess Machineguns and Destructive Devices**

    GUILTY _____      NOT GUILTY _____

**Additional Questions**

**If, but only if, you have found the defendant guilty on Count Four, respond to the following questions:**

Has the Government proven beyond a reasonable doubt that the offense charged in Count Four involved a machinegun?

    YES _____        NO _____

Has the Government proven beyond a reasonable doubt that the offense charged in Count Four involved a destructive device?

    YES _____        NO _____

Dated:  New York, New York
     July \_\_\_, 2025

                _____
                Signature of Foreperson

                _____
                Print name