UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                :
                                         :     **ORDER ON MOTIONS IN**
      -against-                          :     **LIMINE**
                                         :
HUGO ARMANDO CARVAJAL-BARRIOS,           :     11 Cr. 205 (AKH)
                                         :
                        Defendant.       :
                                         :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Government and Defendant have each filed motions in limine in advance of trial. After reviewing briefing and hearing oral arguments on the motions at the final pre-trial conference on June 16, 2025, I made oral rulings, which are reproduced below:

        The Government seeks to introduce evidence of Defendant's drug-related corruption, and the Defendant does not oppose the introduction of such evidence. The Government's motion is granted.

        The Government seeks to introduce evidence of drug-related violence as it pertains to three specific incidents, two occurring in 2007 and one occurring in 2010. The violent actions were allegedly undertaken by a co-conspirator of the Defendant to fulfill the Defendant's directive to protect his drug-trafficking operation. As such, the evidence is relevant and admissible, and the Government's motion is granted.

        The Defendant opposes the introduction of evidence pertaining to his arrests in Aruba and Spain and extradition-related proceedings. The Government has represented that it will not introduce such evidence, and as such, Defendant's motion is denied as moot.

The remaining motions in limine are brought prematurely, and I reserve ruling on those issues unless and until evidence and arguments are presented at trial and objections made.

SO ORDERED.

Dated:    June 16, 2025
             New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge