

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 2, 2025

**BY ECF & EMAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hugo Armando Carvajal Barrios*, S1 11 Cr. 205 (AKH)

Dear Judge Hellerstein:

The Government respectfully submits on behalf of the parties this joint letter request to adjourn sentencing in the above-referenced case, currently scheduled for October 29, 2025 at 10:30 a.m., to November 18, 19, or 20, 2025, for the reasons explained below.

On August 25, 2025, the U.S. Probation Office ("Probation") issued a draft presentence report ("PSR") (Dkt. 251). The Government did not have any objections to the draft PSR, and defense did not submit to Probation any objections to the draft PSR. On September 17, 2025, Probation issued the final PSR. (Dkt. 252). After further consultation with the defendant, defense counsel has advised the Government that the defense is preparing a submission objecting to certain of the factual assertions and sentencing enhancements in the PSR. The Government does not yet have the defense submission, but the parties have conferred regarding the nature of the defendant's expected objections. In light of the defense's forthcoming submission and anticipated objections, the possible need for a one or two-day *Fatico* hearing, and the parties' understanding that the Court is currently conducting a trial which may continue through the current sentencing date of October 29, 2025, the parties respectfully request, if the Court is available, to adjourn sentencing to November 18, 19, or 20, 2025. Such adjournment would allow additional time for the defense to prepare its submission regarding objections to the PSR and for the parties to prepare for a possible *Fatico* hearing, which would include witness testimony.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____/s/_____
Nicholas S. Bradley
Kaylan E. Lasky
Kevin T. Sullivan
Assistant United States Attorneys
(212) 637-1581 /- 2315 / -1587

Cc: Counsel of Record (by ECF & Email)