# EXHIBIT A

*LAW OFFICE OF ROBERT FEITEL, P.L.L.C.*
*1300 Pennsylvania Avenue, N.W.*
*WASHINGTON, D.C. 20008*
*202-255-6637 (cell)*
*RF@RFeitelLaw.com*

October 12, 2025

Kaylan Lasky
Kevin Sullvan
Bradley Nicholas
Assistant United States Attorneys for the
Southern District of New York
1 St. Andrews Plaza
Manhattan, N.Y.

      Re:    *United States v. Hugo Carvajal*; 19 Cr. 456 (PKC)

Dear Counsel:

      As you know, my client Hugo Carvajal entered a plea of guilty to Counts One through Four of the Fourth Superseding Indictment without a written plea agreement or agreed upon statement of facts. In anticipation of the scheduled contested sentencing hearing, I am advising the Government that my client objects to the following sentencing enhancements identified in the PSR.

**Base Offense Level:** The defendant admitted to participation in a conspiracy involving only Five Kilograms of Cocaine. The defendant objects to the PSR's conclusion that he is responsible for 450 kilograms of cocaine in the conspiracy.

**Specific Offense Characteristic Firearm:** The defense objects to the imposition of a two-level upward adjustment for the possession of a firearm.

**Specific Offense Characteristic: Use of Violence Or Threats of Violence**: The defense objects to the imposition of a two-level upward adjustment for the use of violence and/or the threat of the use of violence.

**Specific Offense Characteristic Airplane:** The defense objects to the imposition of a two-level upward adjustment for the use of a private airplane to import cocaine.
the defendant's co-conspirators used planes in connection with their cocaine
shipments.

**Specific Offense Characteristic Maintaining A Drug Premises:** The defense objects to the imposition of a two-level upward adjustment for maintaining a premises for the purpose of manufacturing or distributing a controlled substance.

**Specific Offense Characteristic Aggravating Role/Witness Intimidation:** The defense objects to the imposition pursuant to §2D1.1(b)(16)(D) and (E), of a two-level upward adjustment because the defendant had an aggravating role in the offense and (i) was engaged in witness intimidation (Witness-1), tampered with or destroyed evidence, or otherwise obstructed justice in connection with the investigation or prosecution of the offense, and (ii) committed the offense as part of a pattern of criminal conduct engaged in as a livelihood.

**Adjustment for Role in the Offense (Special Skill):** The defense objects to the imposition of a two-level upward adjustment based upon an alleged abuse of a position of public trust or used a special skill.

**Adjustment for Role in the Offense (Leadership):** The defense objects to the imposition of a four-level upward adjustment for leadership.

    Please feel free to contact me if you have any questions or comments about this letter or wish to discuss the upcoming hearing at greater length.

                                              Regards

                                              *Robert Feitel*

                                              _____
                                              Robert Feitel