UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES OF AMERICA,                        :
:                    **SCHEDULING ORDER**
-against-                                        :
:                    11 Cr. 205 (AKH)
HUGO ARMANDO CARVAJAL-BARRIOS,                   :
:
Defendant.                       :
:
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    My order of November 5, 2025, ECF No. 256, is revised as follows:

    The sentencing in this matter is adjourned to February 23, 2026, at 11:00 a.m., and day-to-day thereafter until concluded.

    The Clerk shall terminate ECF No. 255.

    SO ORDERED.

Dated:    November 6, 2025                    /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                               United States District Judge