**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

**ALVIN K. HELLERSTEIN**
UNITED STATES DISTRICT JUDGE

July 23, 2026

Re:   *United States v. Nicolás Maduro Moros, et al -- 11 Cr. 205 (AKH)*

All concerned should be aware that one of the Assistant United States Attorneys working on this case, Henry Ross, clerked for me from 2018-2019. This does not affect my impartiality in presiding over this case. If there is any concern or objection it should be made by letter to the Clerk of Court and I, to be received by July 30, 2026.

Signed,

Alvin K. Hellerstein

Cc: Tammi M. Hellwig, Clerk of Court