UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– v. –<br><br>NICOLÁS MADURO MOROS and<br>CILIA ADELA FLORES DE MADURO,<br><br>Defendants. | S5 11 Cr. 205 (AT) |

**NOTICE OF MOTION OF CILIA ADELA FLORES DE MADURO TO DISMISS THE FIFTH SUPERSEDING INDICTMENT FOR LACK OF JURISDICTION ON GROUNDS OF SOVEREIGN IMMUNITY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law; upon the accompanying Declaration of M. Andrés Sánchez-Ross, dated November 9, 2026, and the Index of Sources annexed to it; upon the Memorandum of Law and exhibits submitted by Ms. Flores de Maduro on September 2, 2026 in support of her motion to dismiss the Fourth Superseding Indictment (ECF 324, 325) and the Memorandum of Law and exhibits submitted by defendant Nicolás Maduro Moros in support of his motion to dismiss the Fourth Superseding Indictment (ECF 320, 321), each of which Ms. Flores de Maduro incorporates in full and renews as to the Fifth Superseding Indictment; and upon all of the pleadings and proceedings herein, Ms. Cilia Adela Flores de Maduro, by and through undersigned counsel, will respectfully move this Court, before the Hon. Analisa Torres at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on December 17, 2026, at a time to be designated by the Court (or at such other date and time as the Court may designate), for an order pursuant to Federal Rule of Criminal Procedure 12(b) dismissing the Fifth Superseding Indictment (ECF 342) as against

her, with prejudice, for lack of jurisdiction, on the ground that she is immune from the jurisdiction of the Court, together with such other and further relief as the Court deems just and proper.

Dated: November 9, 2026

Respectfully submitted,

/s/ M. Andrés Sánchez-Ross
M. Andrés Sánchez-Ross
Mark E. Donnelly
PARKER SANCHEZ & DONNELLY, PLLC
700 Louisiana Street, Suite 4520
Houston, Texas 77002
(713) 659-7200
andres@psd.law

*Counsel for Cilia Adela Flores de Maduro*

**TABLE OF CONTENTS**

I. Memorandum of Law in Support of Defendant Cilia Adela Flores de Maduro's Motion to Dismiss the Fifth Superseding Indictment for Lack of Jurisdiction on Grounds of Sovereign Immunity

II. Declaration of M. Andrés Sánchez-Ross in Support of Defendant Cilia Adela Flores de Maduro's Motion to Dismiss the Fifth Superseding Indictment for Lack of Jurisdiction on Grounds of Sovereign Immunity, with Index of Sources